tal and the duration of the plaintiffs' stay therein. These facts justified the jury's scrutiny of the necessity and reasonableness of the plaintiffs' medical expenses.

██ ██ We conclude that there was enough evidence in the record to establish a genuine conflict as to the nature and extent of the plaintiffs' injuries and the validity of their special damage claims. The credibility of the plaintiffs was shaken and their evidence sharply disputed. The verdicts under these circumstances were not palpably inadequate and it has not been convincingly shown that the jury disregarded a proven element of damage.

The judgments of the court are affirmed.

Affirmed.

SULLIVAN, P. J. and SCHWARTZ, J., concur.

Thomas Paulson, d/b/a Paulson Plastering Service, Plaintiff-Appellee, v. Joseph Aides, Defendant-Appellant.

Gen. Nos. M–50,270, M–50,271. (Abstract of Decision.)

First District, Fourth Division

June 10, 1966.

John C. Gekas, of Chicago, for appellant; no brief filed for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.